Dear FELIPE,

This email is to confirm the USCIS Contact Center received your inquiry. This inquiry is regarding:

Contact Name: FELIPE
Service Item Number: 33704570
Inquiry Issue: Typographic Error
Receipt Number:IOE9413983928
Email for Contact: jahfire3449@gmail.com
Phone Number to Contact: 6468019551
Inquiry Received Date: 5/20/2024

The USCIS Contact Center has a response time goal of 30 days based on your Issue. There is no need to contact us again regarding this inquiry and will respond to your inquiry as soon as we are able.

You may receive a response by email, or we may need to call you for additional information.

# Your recent inquiry (receipt #IOE-94-139-83928) Inbox

USCIS 24 Jun 2024

to me

U.S. Department of Homeland Security
USCIS National Benefits Center
P.O. Box 648005
Lee's Summit, MO 64002

U.S. Citizenship and Immigration Services
Monday, June 24, 2024

Emailed to Jahfire3449@gmail.com

Dear Felipe Siagha Bella De Coke:

On 06/20/2024, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

# Your recent inquiry (receipt #IOE-90-341-83884) Inbox

USCIS 12 Jul 2024

to me

U.S. Department of Homeland Security
USCIS National Benefits Center
P.O. Box 648005
Lee's Summit, MO 64002

U.S. Citizenship and Immigration Services
Friday, July 12, 2024

Emailed to Felipetwelvecoke@gmail.com

Dear Felipe Sagha Bella De Coke:

On 07/10/2024, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

# Update on Inquiry 34981413

Inbox

USCIS No... 19 Sep 2024

to me

U.S. Citizenship and Immigration Services

Dear FELIPESIAGHABELLA,

This email is to confirm the USCIS Contact Center received your inquiry. This inquiry is regarding:

Contact Name: FELIPESIAGHABELLA
Service Item Number: 34981413
Inquiry Issue: Typographic Error
Receipt Number:IOE9034183884
Email for Contact:
felipetwelvecoke@gmail.com
Phone Number to Contact: 6468019551
Inquiry Received Date: 8/20/2024

The USCIS Contact Center has a response time goal of 30 days based on your Issue.
There is no need to contact us again

# Update on Inquiry 34681837

USCIS N... 29 Aug 2024

to me

U.S. Citizenship and Immigration Services

Dear FELIPESIAGHABELLA,

This email is to confirm the USCIS Contact Center received your inquiry. This inquiry is regarding:

Contact Name: FELIPESIAGHABELLA
Service Item Number: 34681837
Inquiry Issue: Typographic Error
Receipt Number:
Email for Contact:
felipetwelvecoke@gmail.com
Phone Number to Contact: 6468019551
Inquiry Received Date: 7/30/2024

The USCIS Contact Center has a response time goal of 30 days based on your Issue. There is no need to contact us again regarding this inquiry and will respond to

# Update on Inquiry 34138230

Inbox

USCIS No... 20 Jul 2024

to me

Show images

Dear FELIPE,

This email is to confirm the USCIS Contact Center received your inquiry. This inquiry is regarding:

Contact Name: FELIPE
Service Item Number: 34138230
Inquiry Issue: Typographic Error
Receipt Number:IOE9413983928
Email for Contact: jahfire3449@gmail.com
Phone Number to Contact: 6468019551
Inquiry Received Date: 6/20/2024

The USCIS Contact Center has a response time goal of 30 days based on your Issue. There is no need to contact us again regarding this inquiry and will respond to

U USCIS No... 15 Dec 2024

to me

Dear FELIPE,

This email is to confirm the USCIS Contact Center received your inquiry. This inquiry is regarding:

Contact Name: FELIPE
Service Item Number: 36298893
Inquiry Issue: Typographic Error
Receipt Number:IOE9335531395
Email for Contact: felipecoke876@gmail.com
Phone Number to Contact: 9149879789
Inquiry Received Date: 11/15/2024

The USCIS Contact Center has a response time goal of 30 days based on your Issue. There is no need to contact us again regarding this inquiry and will respond to your inquiry as soon as we are able.

# Update on Inquiry 36558528

USCIS No Reply 3 Jan

to me

Dear PHILLIP,

This email is to confirm the USCIS Contact Center received your inquiry. This inquiry is regarding:

Contact Name: PHILLIP
Service Item Number: 36558528
Inquiry Issue: Typographic Error
Receipt Number:IOE9335531395
Email for Contact: felipecoke876@gmail.com
Phone Number to Contact: 3474809769
Inquiry Received Date: 12/4/2024

The USCIS Contact Center has a response time goal of 30 days based on your Issue. There is no need to contact us again regarding this inquiry and will respond to your inquiry as soon as we are able.

# Update on Inquiry 36822522

Inbox

USCIS No Reply 22 Jan

to me

U.S. Citizenship and Immigration Services

Dear PHILLIP,

This email is to confirm the USCIS Contact Center received your inquiry. This inquiry is regarding:

Contact Name: PHILLIP
Service Item Number: 36822522
Inquiry Issue: Typographic Error
Receipt Number:IOE9335531395
Email for Contact: felipecoke876@gmail.com
Phone Number to Contact: 3474809769
Inquiry Received Date: 12/23/2024

The USCIS Contact Center has a response time goal of 30 days based on your Issue. There is no need to contact us again

Service Item Number: 39995495

USCIS No Reply 26 Aug

to me

U.S. Citizenship and Immigration Services

Dear FELIPE SIAGHA DECAMPBELL COKE,

Thank you for your inquiry dated August 01, 2025.

Thank you for your inquiry regarding your N-600 Application for Certificate of Citizenship.

Our system shows that a Service Request was created for you on July 31st,2025 regarding the status of your form. Your Service Request was assigned to the **New York City Field Office** and given Referral ID number **SR1212250052NYC**.

The **New York City Field Office** responded to your Service Request on July 31st,2025. Their response stated:

U USCIS No Reply 24 Aug

to me

U.S. Citizenship and Immigration Services

Dear ,

This email is to confirm the USCIS Contact Center received your inquiry. This inquiry is regarding:

Contact Name:
Service Item Number: 39900906
Inquiry Issue: Typographic Error
Receipt Number:
Email for Contact: felipecoke876@gmail.com
Phone Number to Contact: 3474809769
Inquiry Received Date: 7/25/2025

The USCIS Contact Center has a response time goal of 30 days based on your Issue. There is no need to contact us again regarding this inquiry and will respond to

Service Item Number:

39996115

USCIS No Reply 4 Aug

to me

U.S. Citizenship and Immigration Services

Dear FELIPE SIAGHA DECAMPBELL COKE,

Thank you for your inquiry dated August 01, 2025.

Thank you for your inquiry regarding your N-600 Application for Certificate of Citizenship.

Our system shows that a Service Request was created for you on July 31, 2025, regarding the status of your form. Your Service Request was assigned to the **New York City Field Office** and given Referral ID number SR1212500052NYC.

The **New York City Field Office** responded to your Service Request on July 31, 2025. Their response stated: