UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIBI SIAGHA-COKE,

                      Petitioner,

-against-

USCIS IMMIGRATION SERVICES,

                      Respondent.

1:25-CV-08163 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2025

MARGARET M. GARNETT, United States District Judge:

    On October 1, 2025, a petition for a Writ of Habeas Corpus ("Petition") was filed pursuant to 28 U.S.C. § 2241 on behalf of Felibi Siagha-Coke ("Petitioner"). Upon consideration of the Petition and the accompanying documents, IT IS HEREBY ORDERED that:

    (1) If Petitioner is in custody, Respondent and its agents are hereby RESTRAINED from transferring Petitioner out of the Southern District of New York and, relatedly, the United States of America.

    (2) The United States Attorney's Office for the Southern District of New York shall promptly notify the Court by no later than **thirty (30) days** from the date of this Order whether Petitioner is in custody and, if so, the present location of his confinement and the location of his confinement when the Petition was filed. The Government shall also provide the Court with any other information the Government believes would be helpful to the Court in adjudicating the Petition.

    The Court will issue an appropriate Order after receiving the letter from the Government.

    The Clerk of Court is respectfully directed to electronically notify the Civil Division of the United States Attorney's Office for the Southern District of New York that this Order has issued. The Clerk of Court is also respectfully directed to provide notice of the Petition and this order to the Civil Division by electronic mail addressed to Jeffrey.oestericher@usdoj.gov, consistent with the Southern District of New York's Amended Standing Order. *See* Dkt. No. 3, Case 1:25-mc-00433 (LTS) (October 2, 2025).

Dated: October 6, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge