# EXHIBIT A

August 15, 2025

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
U.S Federal Bldg.
26 Federal Plaza, 5th Floor Mailroom
New York, NY 10278

U.S. Citizenship and Immigration Services

FELIPE SIAGHA DECAMPBELL COKE
1223 EAST 233ST 168
BRONX, NY 10466

IOE9413983928

RE: N-600, Application for Certificate of Citizenship

A206-131-639

## DECISION

Dear FELIPE COKE:

On May 13, 2024, you filed a Form N-600, Application for Certificate of Citizenship, with U.S. Citizenship and Immigration Services (USCIS). You are claiming that you are eligible to receive a Certificate of Citizenship because you acquired U.S. citizenship under section 320 of the Immigration and Nationality Act (INA).

After a thorough review of your application and supporting documentation, and information in the record, we have determined that you have not established eligibility for approval of your Form N-600. Therefore, we must deny your application.

Generally, to be eligible for citizenship under section 320 of the Immigration and Nationality Act (INA), an applicant must:

- Be born outside the United States and its outlying possessions;
- Have a biological or adopted parent who is a U.S. citizen by birth or naturalization;
- Be a legal permanent resident of the United States;
- Be residing in the United States in the legal and physical custody of the U.S. citizen parent; and
- Be under 18 years old at the time all of the above conditions are met.

### Statement of Facts and Analysis Including Ground(s) for Denial

You claim that you have acquired U.S. citizenship through a U.S. citizen parent. See section 341 of the Immigration and Nationality Act (INA).

An investigation revealed that Felipe Bella de Campbell Coke a/k/a Philip Michael James, born on April 8, 1987, in Florida, is not your true identity. ln fact your true identity is Felibili Siagha Baladi Kambil Coke, born on April 8, 1987, in Jamaica. Because you made false statements of material facts on the passport application, your U.S. passport was revoked.
Based on these facts, you are also not eligible for a Certificate of Citizenship under section 320 of the Immigration and Nationality Act (INA).



*USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.*

Based on a review of your application, supporting documentation, and information in the record, we have found that you are not eligible for a Certificate of Citizenship under section 320 of the Immigration and Nationality Act (INA).

You may appeal this decision by filing Form I-290B with fee. Form I-290B must be filled within 30 calendar days after personal service of the decision or 33 calendar days if the decision was mailed. See 8 CFR §103.2, §103.5 and §320.5. Please be aware that after a Form N-600 has been denied and the appeal time has expired, any subsequent Form N-600 submitted to USCIS by the same individual will be rejected. If the appeal time has expired, you may file a motion to reopen or reconsider using Form I-290B with fee. See 8 CFR § 320.5(a).

Do not mail your completed Form I-290B directly to this office. To find Form I-290B with filing locations and fee requirements or if you need more information, visit our web site at www.uscis.gov/i-290b. Include a copy of this decision notice with your Form I-290B. If we do not receive a properly filed appeal, this decision will remain final.

For questions about your application or if you need additional assistance, forms, or filing instructions, visit our web site at www.uscis.gov. You can use our online tools at www.uscis.gov/tools, including our virtual assistant Emma for information and guidance. For status updates, use our Case Status Online Tool at https://egov.uscis.gov. You can also reach out to the USCIS Contact Center online by visiting www.uscis.gov/contactcenter. If you are not able to find the information you need online, call the USCIS Contact Center at **1-800-375-5283**. If you are hearing impaired, call the USCIS Contact Center TTY at **1-800-767-1833**.

Sincerely,

Zoraida Gomez
Field Office Director
Officer: NC1119



*USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.*