USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIBI SIAGHA-COKE,

                Petitioner,

-against-

USCIS IMMIGRATION SERVICES,

                Respondent.

25-CV-08163 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On October 1, 2025, Petitioner Felibi Siagha-Coke filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, alleging "abuse of process" and violation of due process. *See* Dkt. No. 1.[1] The petition nowhere alleged that Petitioner was in custody. The Court then ordered Respondent, through the U.S. Attorney's Office for the Southern District of New York, to file a letter on or before November 5, 2025, informing the Court whether Petitioner was in custody. Dkt. No. 4. Respondent filed the requested letter on November 4, 2025. Dkt. No. 7. The letter states that a review conducted by USCIS and non-party U.S. Immigration and Customs Enforcement confirmed that Petitioner is not in custody, and was not in custody at the time of the petition's filing. *Id.*

      "A petitioner must be 'in custody' in order to invoke the habeas jurisdiction of the federal courts." *Ogunwomoju v. United States*, 512 F.3d 69, 73 (2d Cir. 2008). Because Petitioner was never in custody, the Court lacks habeas jurisdiction over this matter. "If subject matter jurisdiction is lacking, the action must be dismissed." *Lyndonville Sav. Bank & Trust Co. v. Lussier*, 211 F.3d 697, 700–01 (2000). Accordingly, this case is DISMISSED. The Clerk of Court is respectfully directed to CLOSE this case and mail a copy of this order to Petitioner at his last known address: 1223 E. 233rd Street, #168; Bronx, NY 10466.

Dated: November 6, 2025
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

---

[1] The petition named as respondent "USCIS Immigration Services," which refers to U.S. Citizenship and Immigration Services ("USCIS" or "Respondent").